IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHNNY TYSON,

    Petitioner,

v.                                                                             4:19cv400–WS/HTC

SECRETARY, FLORIDA DEPT.
OF CORRECTIONS,

    Respondent.

_____

## ORDER DENYING PETITIONER'S
## PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 22) docketed August 11, 2020. The magistrate judge recommends that Petitioner's amended petition for writ of habeas corpus be DISMISSED with prejudice as untimely. Respondent has filed an objection (ECF No. 23) to a single paragraph of the report and recommendation but otherwise agrees with the magistrate judge's dismissal-with-prejudice recommendation. Petitioner has filed no objections to the magistrate judge's report and recommendation and has not responded to Respondent's objection.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation, should be adopted.

Accordingly, it is ORDERED:

1. With the exception of the paragraph to which Respondent objects (ECF No. 22, p.5–6), the magistrate judge's report and recommendation (ECF No. 22) is hereby ADOPTED and incorporated by reference into this order.

2. Respondent's motion (ECF No. 14) to dismiss as untimely is GRANTED.

3. Petitioner's amended petition for writ of habeas corpus (ECF No. 6) is DISMISSED WITH PREJUDICE.

4. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DISMISSED with prejudice."

4. A certificate of appealability is DENIED.

5. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this ___30th___ day of ___September___, 2020.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE.